TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
TIFFANY A. KAHLER, ESQ.
Nevada Bar No. 13513
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
tdifillippo@armstrongteasdale.com
malarie@armstrongteasdale.com
tkahler@armstrongteasdale.com

*Attorneys for Defendants Mariscos El Puerto, Inc., La
Catrina, LLC, La Catrina Entertainment, LLC, Manuela
Hernandez, Julian Hernandez, Hector Moreno, and
Danny Hernandez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AYDE AZUCCERA PEREZ GUTIERREZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., et al.<br><br>Defendants. | Case No.: 2:19-CV-1940 JCM<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** |

Defendants, Mariscos El Puerto, Inc. ("Mariscos El Puerto"); La Catrina, LLC ("La Catrina"); La Catrina Entertainment, LLC ("La Catrina Entertainment"); Manuela Hernandez ("M. Hernandez"); Julian Hernandez ("J. Hernandez"); Hector Moreno ("Moreno"); and Danny Hernandez ("D. Hernandez") (collectively, the "Defendants"), by and through their counsel of record, Armstrong Teasdale LLP, and Plaintiffs Ayde Azuccera Perez Gutierrez ("Gutierrez"); Brenda Karla Gabrela Reyes Medrano ("Medrano"); Adriana Torres ("Torres"); Erika Socorro Valle Peralta ("Peralta"); Salvador Vladimir Jimenez Flores ("Flores"); and Viridiana Ramirez Rodriguez ("Rodriguez") (collectively, "Lead Plaintiffs"), by and through counsel of record, The Medrala Law Firm, hereby stipulate and agree, subject to this Court's approval, to continue the deadline for Defendants to file their response to Plaintiffs' Application for a Temporary Restraining Order and Motion for

1

Preliminary Injunction filed on November 14, 2019 (ECF No. 5), by one day, or from November 18, 2019, to November 19, 2019.

Good cause exists for this one day continuance of the deadline for Defendants to respond to Plaintiffs' Application for a Temporary Restraining Order and Motion for Preliminary Injunction as the parties are working in good faith to reach a stipulated resolution of the issues addressed in the above-referenced motion that may moot the need for additional briefing. Plaintiffs agreed to the short one-day continuance. This stipulation is made in good faith and not for purposes of delay or any other improper purpose.

The parties, therefore, stipulate and request that this Court enter an order approving the one day continuance of Defendants' deadline to respond to Plaintiffs' Application for a Temporary Restraining Order and Motion for Preliminary Injunction from November 18, 2019, to November 19, 2019.

Dated this 18th day of November, 2019.

ARMSTRONG TEASDALE LLP


By: /s/ Tiffany A. Kahler
    TRACY A. DIFILLIPPO, ESQ.
    Nevada Bar. No. 7676
    MICHELLE A. ALAIRE, ESQ.
    Nevada Bar. No. 11894
    TIFFANY A. KAHLER, ESQ.
    Nevada Bar No. 13513
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for Defendants*

Dated this 18th day of November, 2019.

THE MEDRALA LAW FIRM


By: /s/ Jakub P. Medrala
    JAKUB P. MEDRALA, ESQ.
    Nevada Bar. No. 12822
    1091 S. Cimarron Road
    Suite A-1
    Las Vegas, Nevada 89145

*Attorney for Plaintiffs*


**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: November 19, 2019

2