TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
TIFFANY A. KAHLER, ESQ.
Nevada Bar No. 13513
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
tdifillippo@armstrongteasdale.com
malarie@armstrongteasdale.com
tkahler@armstrongteasdale.com

*Attorneys for Defendants Mariscos El Puerto, Inc., La Catrina, LLC, La Catrina Entertainment, LLC, Manuela Hernandez, Julian Hernandez, Hector Moreno, and Danny Hernandez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AYDE AZUCCERA PEREZ GUTIERREZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., et al.<br><br>Defendants. | Case No.: 2:19-CV-1940 JCM<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSE BRIEFS AND TO EXTEND PLAINTIFFS' DEADLINE TO FILE REPLY BRIEFS RELATING TO ECF NOS. 19 AND 20 AS SET FORTH IN THE ORDER ECF NO. 24**<br><br>**[FIRST REQUEST – TO EXTEND BRIEFING DEADLINE]** |

Defendants, Mariscos El Puerto, Inc.; La Catrina, LLC; La Catrina Entertainment, LLC; Manuela Hernandez; Julian Hernandez; Hector Moreno; and Danny Hernandez (collectively, "Defendants"), by and through counsel, Armstrong Teasdale LLP, and Plaintiffs Ayde Azuccera Perez Gutierrez, Brenda Karla Gabrela Reyes Medrano, Adriana Torres, Erika Socorro Valle Peralta, Salvador Vladimir Jimenez Flores, and Viridiana Ramirez Rodriguez (collectively, "Plaintiffs"), by and through counsel, Jakub P. Medrala of The Medrala Law Firm, hereby stipulate and agree:

(1) To extend the deadline for Defendants to file their opposition briefs to Plaintiffs' Motion for Sanctions (ECF Nos. 19) and Plaintiffs' Motion for Order to Show Cause (ECF No. 20) from

1  January 28, 2020, to January 31, 2020.  This is the first request to extend Defendants' opposition
2  deadline; and (2) To extend the deadline for Plaintiffs' to file their reply briefs in support of their
3  Motion for Sanctions (ECF Nos. 19) and their Motion for Order to Show Cause (ECF No. 20) from
4  January 31, 2020, to February 5, 2020.

5        Pursuant to Fed. R. Civ. P. 6 and Local Rule LR IA 6-1, good cause exists to extend
6  Defendants' opposition brief deadline.  Counsel that has been primarily involved in the drafting of
7  Defendants' briefing for this matter was out of the office last week due to medical reasons.  Defense
8  counsel's medical reasons have necessitated this need for a continuance.  As such, Defendants seek a
9  short extension of their opposition brief deadline to allow counsel the time necessary to fully
10 participate in responding to Plaintiffs' Motion for Sanctions (ECF Nos. 19) and Plaintiffs' Motion
11 for Order to Show Cause (ECF No. 20).  And in turn, Defendants seek a short extension for
12 Plaintiffs' replies to give them ample opportunity to file their reply briefs.  Plaintiffs have no
13 objection to this short extension of time.  This case was initially filed on November 5, 2019, and
14 these motions were filed on January 21, 2020, thus this short extension will not result in an
15 unreasonable delay in having this matter decided.  Furthermore, this stipulation is made in good faith
16 and is not intended to unduly delay the proceedings.
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

For all of the above-mentioned reasons, the parties respectfully request that this Court continue Defendants' opposition brief deadline from January 28, 2020, to January 31, 2020 and continue Plaintiffs' reply brief deadline from January 31, 2020, to February 5, 2020.

Dated this 27th day of January, 2020.  Dated this 27th day of January, 2020.

**THE MEDRALA LAW FIRM**

By: /s/ Jakub P. Medrala
    JAKUB P. MEDRALA, ESQ.
    Nevada Bar No. 12822
    THE MEDRALA LAW FIRM
    1091 S. Cimarron Rd.
    Suite A-1
    Las Vegas, Nevada 89145
    Telephone: (702) 475-8884
    Facsimile: (702) 938-8625
    jmedrala@medralalaw.com

*Counsel for Plaintiffs*

**ARMSTRONG TEASDALE LLP**

By: /s/ Tiffany A. Kahler
    TRACY A. DIFILLIPPO, ESQ.
    Nevada Bar No. 7676
    MICHELLE A. ALAIRE, ESQ.
    Nevada Bar No. 11894
    TIFFANY A. KAHLER, ESQ.
    Nevada Bar No. 13513
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Telephone: 702.678.5070
    Facsimile: 702.878.9995

*Attorneys for Defendants Mariscos El Puerto, Inc., La Catrina, LLC, La Catrina Entertainment, LLC, Manuela Hernandez, Julian Hernandez, Hector Moreno, and Danny Hernandez*

**ORDER**

**IT IS SO ORDERED.**

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE
DATED: January 30, 2020