UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AYDE AZUCCERA PEREZ GUTIERREZ; BRENDA KARLA GABRELA REYES MEDRANO; ADRIANA TORRES; ERIKA SOCORRO VALLE PERALTA; SALVADOR VLADIMIR JIMENEZ FLORES; and VIRIDIANA RAMIREZ RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MARISCOS EL PUERTO, INC.; LA CATRINA, LLC; LA CATRINA ENTERTAINMENT, LLC; MANUELA HERNANDEZ; JULIAN HERNANDEZ; HECTOR MORENO; and DANNY HERNANDEZ,<br><br>Defendants. | Case No. 2:19-CV-01940-JCM-EJY<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Leave to Amend the Complaint to Add Additional Plaintiffs (ECF No. 17), and Plaintiffs' Supplement to their Motion for Leave to Amend (ECF No. 26). No response to either of Plaintiffs' filings has been received by the Court.

Plaintiffs' Complaint states a collective action under the Fair Labor Standard Act, 29 U.S.C. § 216(b), for alleged violations of 29 U.S.C. § 201 *et seq.*, as well as a class action under Fed. R. Civ. P. 23 for alleged violations of Nevada law, NRS 608.016, .018, .020-.050, and 140. Plaintiffs' Motion and Supplement seek to add named plaintiffs to the caption of the complaint, correct typographical errors, and add clarification and references to events that allegedly occurred after the filing of the initial complaint. ECF No. 17 at 6; ECF No. 26 at 2.

Having received no opposition to the amendment proposed, and finding no prejudice or delay will arise from Plaintiffs' proposed Amended Complaint as a scheduling order was just entered by the Court on January 22, 2020 (ECF No. 22),

1

1     IT IS HEREBY ORDERED that, Plaintiffs Motion for Leave to Amend the Complaint to Add Additional Plaintiffs (ECF No. 17), and Plaintiffs' Supplement to their Motion for Leave to Amend (ECF No. 26) are GRANTED.

    IT IS FURTHER ORDERED that the Clerk of Court shall separate and electronically file Plaintiffs' First Amended Complaint attached to ECF No. 26. Defendants' responsive pleading shall be due in accordance with the Federal Rules of Civil Procedure.

DATED: February 12, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE