TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
TIFFANY A. KAHLER, ESQ.
Nevada Bar No. 13513
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
tdifillippo@atllp.com
malarie@atllp.com
tkahler@atllp.com

*Attorneys for Defendants Mariscos El Puerto, Inc., La Catrina, LLC, La Catrina Entertainment, LLC, Manuela Hernandez, Julian Hernandez, Hector Moreno, and Danny Hernandez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AYDE AZUCCERA PEREZ GUTIERREZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MARISCOS EL PUERTO, INC., et al.<br><br>Defendants. | Case No.: 2:19-CV-1940-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE THE APRIL 10, 2020, ORDER TO SHOW CAUSE HEARING**<br><br>**(THIRD REQUEST)** |

Defendants, Mariscos El Puerto, Inc.; La Catrina, LLC; La Catrina Entertainment, LLC; Manuela Hernandez; Julian Hernandez; Hector Moreno; and Danny Hernandez (collectively, "Defendants"), by and through their counsel, Armstrong Teasdale LLP, and Plaintiffs Ayde Azuccera Perez Gutierrez, Brenda Karla Gabrela Reyes Medrano, Adriana Torres, Erika Socorro Valle Peralta, Salvador Vladimir Jimenez Flores, Viridiana Ramirez Rodriguez, Sergio Valle Martinez, Alejandro Giles Nieves, Antonio Morales Rodriguez, Griselda Rodriguez Quinones, Sugey Paola Chaidez Machado, Cecilia Alejandra Soto Almodovar, and Clarisa Ana Jose Florian (collectively, "Plaintiffs"), by and through their counsel, The Medrala Law Firm, hereby stipulate and agree, subject to this Court's approval, to continue the Order to Show Cause Hearing, currently scheduled for Friday, April 10, 2020, at 10:30 a.m., by two (2) weeks. *See* ECF Nos. 41 & 42. The parties request that this Court reschedule the Order to Show Cause Hearing to Friday, April; 24, 2020, or as

1

soon thereafter as this Court's schedule allows. This is the parties' third request to continue the subject hearing date.

Pursuant to LR IA 6-1, the parties submit that good cause exists to continue the Order to Show Cause Hearing by two weeks, or to April 24, 2020. As counsel discussed with this Court during the March 13, 2020, Order to Show Cause Hearing and as set forth in the prior Stipulation to continue the hearing (ECF No. 39), the parties are earnestly working towards settlement of this matter. The parties believe that continuing the Order to Show Cause Hearing by an additional two weeks will provide them additional time to attempt to settle this matter. The parties submit that a short extension will not unreasonably delay having the pending matters decided. Furthermore, this stipulation is made in good faith and not for improper purpose.

For the foregoing reasons, the parties respectfully request that this Court continue the April 10, 2020, Order to Show Cause Hearing by two weeks, or to **Friday, April 24, 2020**, or as soon thereafter as this Court's schedule allows.

Dated this 9th day of April, 2020.  Dated this 9th day of April, 2020.

| **THE MEDRALA LAW FIRM** | **ARMSTRONG TEASDALE LLP** |
|---|---|
| By: /s/ Jakub P. Medrala<br>JAKUB P. MEDRALA, ESQ.<br>Nevada Bar No. 12822<br>1091 S. Cimarron Road, Suite A-1<br>Las Vegas, Nevada 89145<br><br>*Counsel for Plaintiffs* | By: /s/ Tracy A. DiFillippo<br>TRACY A. DIFILLIPPO, ESQ.<br>Nevada Bar No. 7676<br>MICHELLE A. ALAIRE, ESQ.<br>Nevada Bar No. 11894<br>TIFFANY A. KAHLER, ESQ.<br>Nevada Bar No. 13513<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants* |

## **ORDER**

Based on the foregoing and good cause, the Order to Show Cause Hearing shall be rescheduled to **April 24, 2020, at 11:30 a.m.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: April 10, 2020