UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AYDE AZUCCERA PEREZ GUTIERREZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> MARISCOS EL PUERTO, INC., et al., <br><br> Defendant(s). | Case No. 2:19-CV-1940 JCM (EJY) <br><br> **ORDER** |

Presently before the court is the matter of *Gutierrez et al. v. Mariscos El Puerto, Inc. et al.*, case number 2:19-cv-01940-JCM-EJY. On January 21, 2020, plaintiffs moved to hold defendants in contempt (ECF No. 19) for violating this court's preliminary injunction (ECF Nos. 6; 13; 15). The court held a hearing on March 13, 2020, regarding defendants' allegedly contemptuous conduct. (ECF No. 36).

At the hearing, the court found that defendants violated this court's injunction. *Id.* However, the parties represented that they were in settlement negotiations and agreed to continue the hearing. *Id.* Since then, the world experienced the COVID-19 pandemic and the governor ordered restaurants in Nevada to shut down. In light of these events and their ongoing negotiations, the parties have stipulated to continue the hearing six times. (ECF Nos. 40; 43; 46; 51; 54; 57).

Consistent with its findings at the hearing, the court finds that defendants' conduct was in violation of the preliminary injunction. But, due to the ongoing negotiations, the court hereby denies plaintiffs' motion for sanctions without prejudice. (ECF No. 19). Plaintiffs may renew

**James C. Mahan**
**U.S. District Judge**

their motion for sanctions if negotiations break down or defendant engages in further contemptuous conduct.

The court vacates the hearing currently scheduled for August 21, 2020. Instead, the parties shall file a status report on the first day of every month regarding their settlement negotiations and what, if any, action they request the court take.

Accordingly,

IT IS SO ORDERED.

DATED July 13, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -