UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AYDE AZUCCERA PEREZ GUTIERREZ; BRENDA KARLA GABRELA REYES MEDRANO; ADRIANA TORRES; ERIKA SOCORRO VALLE PERALTA; SALVADOR VLADIMIR JIMENEZ FLORES; and VIRIDIANA RAMIREZ RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MARISCOS EL PUERTO, INC.; LA CATRINA, LLC; LA CATRINA ENTERTAINMENT, LLC; MANUELA HERNANDEZ; JULIAN HERNANDEZ; HECTOR MORENO; and DANNY HERNANDEZ,<br><br>Defendants. | Case No. 2:19-CV-01940-JCM-EJY<br><br>**REPORT AND RECOMMENDATION** |

On January 23, 2022 Plaintiffs filed a Motion to Compel Production of Documents. ECF No. 81. On February 9, 2022 the Court granted the Motion, noting that Defendants failed to respond to pending discovery. ECF No. 84. The Court granted Defendants through March 8, 2022 to respond to Plaintiffs' First and Second Requests for Documents, and awarded Plaintiffs their reasonable attorney's fees and costs. *Id*. The Court informed Defendants that failure to comply with the Order would result in additional sanctions up to and including an order to show cause why Defendants should not be held in contempt and their answer to Plaintiffs' operative complaint struck. *Id.*

On March 9, 2022, Plaintiffs filed a Motion for an Order to Show Cause (ECF No. 87) arising from Defendants failure to comply with the Court's February 9, 2022 Order. On March 24, 2022, the Court entered an Order requiring Defendants to "show cause, in writing, no later than April 22, 2022," why they should not be held in contempt and why the Court should not recommend their answer to Plaintiffs' First Amended Complaint be struck from the record. ECF No. 88. Defendant's did not respond to the Court's March 24, 2022 Order.

1

On April 22, 2022, the Court granted Plaintiffs' Motion for an Order to Show Cause and gave Defendants through May 12, 2022 to show cause why their non-compliance with the Court's prior Orders should not result in a finding of contempt.  ECF No. 89.  The Court warned Defendants that failure to timely comply "will result in a recommendation that Defendants' Answer to Plaintiffs' First Amended Complaint (ECF No. 34) be struck from the record and default be entered against them." *Id.* at 2.

Federal Rule of Civil Procedure 16(f)(1)(C) states that "the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii) – (vii), if a party or its attorneys … fails to obey a scheduling or other pretrial order."  United States District Court for the District of Nevada Local Rule IA 11-8(c) states "[t]he court may, after notice and an opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who … [f]ails to comply with any order of this court."  Here, Defendants failed to abide by the Court's February 9, March 24, and April 22, 2022 Orders.  ECF Nos. 84, 88, 89.  There has been no communication from Defendants regarding any of these Orders.  Defendants are therefore found to be in contempt of Court.

Accordingly, IT IS HEREBY RECOMMENDED that Defendants' Answer to Plaintiffs' First Amended Complaint (ECF No. 34) be struck from the record and default be entered against Defendants.

Dated this 16th day of May, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1 **NOTICE**

2  Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be
3 in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has
4 held that the courts of appeal may determine that an appeal has been waived due to the failure to file
5 objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also
6 held that (1) failure to file objections within the specified time and (2) failure to properly address
7 and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
8 factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
9 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).