AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ayde Azuccera Perez Gutierrez, et al.,

           Plaintiff,

v.

Mariscos El Puerto, Inc., et al.,

           Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01940-JCM-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Plaintiffs Ayde Azuccera Perez Gutierrez, Brenda Karla Gabrela Reyes Medrano, Adriana Torres, Erika Socorro Valle Peralta, Salvador Vladimir Jimenez Flores, Viridiana Ramirez Rodriguez, Antonio Morales Rodriguez, Griselda Rodriguez Quinones, Sugey Paola Chaidez Machado, Alejandro Giles Nieves, Clarisa Ana Jose Florian, Sergio Valle Martinez, and Cecilia Alejandra Soto Almodovar, and against Defendants Mariscos El Puerto, Inc., La Catrina, LLC, La Catrina Entertainment, LLC, Manuela Hernandez, Julian Hernandez, Hector Moreno, and Danny Hernandez.

6/8/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk